# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INFINITY SELECT INSURANCE COMPANY,** | Case No.: 4:24-cv-08434-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |
| v. | |
| **ADELAIDO ANTONIO LOPEZ,** | |
| Defendant. | |

**TO PLAINTIFF INFINITY SELECT INSURANCE COMPANY**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than July 1, 2025**, why your claims should not be dismissed for failure to prosecute. Plaintiff informed the Court at a March 3, 2025 case management conference that it would move for an entry of default against defendant Adelaido Antonio Lopez by June 6, 2025 should service by publication not yield a response. No motion has been filed, although the Court notes plaintiff did move to dismiss all other defendants, and only Adelaido Antonio Lopez remains a defendant in this action.

Litigants must actively prosecute their case. Failure to timely file responses in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. Consequently, if plaintiff fails to timely respond to defendant's motion to dismiss, the Court will dismiss this action for failure to prosecute, and without further notice.

**IT IS SO ORDERED**.

Date:   June 18, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**